B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Connecticut | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kolo Retail, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**81-0623328** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1224 Mill Street<br>Building B, Suite 9<br>East Berlin, CT**<br>ZIP Code **06023** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hartford** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ■ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                                                                          Page 2

| **Voluntary Petition** _(This page must be completed and filed in every case)_ | Name of Debtor(s): **Kolo Retail, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **Kolo, LLC** | Case Number: **TBD** | Date Filed: |
| District: **District of Connecticut** | Relationship: **Affiliate** | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). X _____ Signature of Attorney for Debtor(s)      (Date) |
|---|---|

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.
If this is a joint petition:
☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.
☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)
☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and
☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.
☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)

Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kolo Retail, LLC** |

<table>
<tr><th colspan="2" style="text-align:center">Signatures</th></tr>
<tr>
<td>

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

</td>
<td>

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

</td>
</tr>
<tr>
<td>

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

**Craig I. Lifland   ct00976**
Printed Name of Attorney for Debtor(s)

**Halloran & Sage, LLP**
Firm Name

**225 Asylum Street**
**Hartford, CT 06103**

_____
Address

**860-522-6103  Fax: 860-548-0006**
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td rowspan="2">

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

</td>
</tr>
<tr>
<td>

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Peter Dunn**
Printed Name of Authorized Individual

**President and CEO**
Title of Authorized Individual

_____
Date

</td>
</tr>
</table>

B1 (Official Form 1)(04/13)                                                                                    Page

| **Voluntary Petition** | Name of Debtor(s):  **Kolo Retail, LLC** |
|---|---|
| *(This page must be completed and filed in every case)* | |

Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X _____

**Craig I. Lifland ct00976**
Printed Name of Attorney for Debtor(s)

**Halloran & Sage, LLP**
Firm Name

**225 Asylum Street**
**Hartford, CT 06103**

Address

**860-522-6103  Fax: 860-548-0006**
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Peter Dunn**
Printed Name of Authorized Individual

**President and CEO**
Title of Authorized Individual

*June 10, 2015*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT

District of Connecticut

| | | |
|---|---|---|
| In re   Kolo Retail, LLC                                           , | ) | Case No. 15-_____ |
| Debtor | ) | |
| | ) | |
| | ) | Chapter 11 |

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is ___n/a_____ .

2. The following financial data is the latest available information and refers to the debtor's condition on ___June 29, 2015_____ .

| | | |
|---|---|---|
| a. Total assets  (* Book Value) | $ | 193,201.00 |
| b. Total debts (including debts listed in 2.c., below) | $ | 1,226,035.00 |

c. Debt securities held by more than 500 holders:

Approximate number of holders:

| | | | | Amount | Holders |
|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0 | 0 |

| | | |
|---|---|---|
| d. Number of shares of preferred stock | 0 | 0 |
| e. Number of shares common stock | 0 | 0 |

Comments. if any:

3. Brief description of debtor's business:
Kolo Retail and its affiliates are involved in the marketing, distribution and retail sale of premium photo albums, canvas bags and home storage products, which are marketed and distributed under the Kolo brand via Kolo's wholly owned subsidiary, Kolo International, LTD, a Hong Kong company, and on the web through Kolo Retail.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
Synergy Partners III, LLC

## CORPORATE RESOLUTIONS
## ADOPTED BY KOLO RETAIL, LLC

The undersigned HEREBY CERTIFIES that (i) I, Peter Dunn, am the President of KOLO RETAIL, LLC, a Connecticut limited liability company with a principal place of business in Connecticut (hereinafter referred to as the "Company"), (ii) the following is a true and correct copy of resolutions unanimously adopted by the Managers of the Company on June _10_, 2015, (the "Resolutions"), and (iii) the Resolutions neither conflict with any order of any court or Bylaw or regulation of the Company nor have the Resolutions been in any way altered, amended or repealed and are in full force and effect, unrevoked and unrescinded as of this date;

RESOLVED, that the Company (i) file a voluntary petition for reorganization pursuant to Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"), (ii) if the circumstance arises prior to filing such a petition making necessary or convenient (a) consent to the entry of an order for relief in an involuntarily commenced Chapter 11 case, or (b) consent to the entry of an order for relief and convert an involuntarily commenced Chapter 7 case to a case under Chapter 11, and (iii) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

FURTHER RESOLVED, that the undersigned, as the President of the Company (the "Officer"), shall be, and hereby is, authorized and empowered to execute and deliver or cause to be filed, on behalf of the Company, (i) the voluntary petition of the Company pursuant to Chapter 11 of the Bankruptcy Code, (ii) the consent to the entry of an order for relief in an involuntarily commenced Chapter 11 case, or (iii) the consent to the entry of an order for relief and conversion of an involuntarily commenced Chapter 7 case to a case under Chapter 11, and (iv) any and all other documents necessary or appropriate in connection therewith in such form, or forms as the Officer so acting may approve;

FURTHER RESOLVED, that the Company, as Debtor and Debtor in possession under Chapter 11 of the Bankruptcy Code, borrow funds in such amounts, from such lenders and on such terms as may be approved by the Officer as reasonably necessary for the continuing conduct of the affairs of the Company and grant security interests in and liens upon all or substantially all of the Company's assets as may be deemed necessary by the Officer in connection with such borrowings;

FURTHER RESOLVED, that the Officer shall be, and hereby is, authorized and empowered to execute and deliver for and on behalf of the Company, as Debtor and Debtor in possession, such agreements, instruments and any and all other documents necessary or appropriate to facilitate the transactions contemplated by the foregoing resolution (the "Financing Documents") and that Financing Documents containing such provisions, terms, conditions, covenants, warranties and representations as may be deemed necessary or appropriate by the Officer so acting hereby are approved;

FURTHER RESOLVED, that the law firm of Halloran & Sage, LLP shall be, and it hereby is, authorized and empowered to represent the Company, as Debtor and Debtor in possession, in connection with any case commenced by or against it under the Bankruptcy Code;

- 1 -

FURTHER RESOLVED, that the Officer shall be, and hereby is, authorized and empowered to retain, on behalf of the Company, Halloran & Sage, LLP and such other attorneys, financial advisors aid accountants as the Officer so acting shall deem appropriate in his or their judgment;

FURTHER RESOLVED, that the Officer shall be authorized and empowered to take or cause to be taken any and all such further action, to execute and deliver any and all such further instruments and documents and to pay all such fees and expenses, as the Officer so acting shall deem appropriate in his judgment to fully carry out the intent and accomplish the purposes of the Resolutions; and

FURTHER RESOLVED, that all of the acts and transactions of the Officer or any one or more of the members of the Company, which have been taken, caused to have been taken or made prior to the effective date of the Resolutions in connection with the matters set forth in the Resolutions, are hereby ratified, confirmed and approved.

Dated:  June  _10_ , 2015


Attest:                                             KOLO RETAIL, LLC


_____        By:_____
                                                            Peter Dunn, President
                                                            Duly Authorized

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re   **Kolo Retail, LLC**                                   Case No. _____
                                        Debtor(s)        Chapter      **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Canon U.S.A., Inc.<br>National Account Division<br>One Canon Park<br>Melville, NY 11747 | Canon U.S.A., Inc.<br>National Account Division<br>One Canon Park<br>Melville, NY 11747 | | | 20,285.91 |
| City of Hartford<br>Tax Collector<br>550 MAIN ST<br>Hartford, CT 06103-2916 | City of Hartford<br>Tax Collector<br>550 MAIN ST<br>Hartford, CT 06103-2916 | | | 17,332.67 |
| Impression Point, Inc.<br>500 West Avenue<br>Stamford, CT 06902 | Impression Point, Inc.<br>500 West Avenue<br>Stamford, CT 06902 | | | 15,357.23 |
| Adobe Systems<br>Incorporated<br>75 Remittance Drive<br>Suite 1025<br>Chicago, IL 60675-1025 | Adobe Systems Incorporated<br>75 Remittance Drive<br>Suite 1025<br>Chicago, IL 60675-1025 | | | 13,108.69 |
| Dunn Holdings LLC<br>P.O.Box 1955<br>Orleans, MA 02653 | Dunn Holdings LLC<br>P.O.Box 1955<br>Orleans, MA 02653 | | | 9,100.00 |
| Wingsite Displays Inc<br>1060 Silas Deane Highway<br>Wethersfield, CT 06109 | Wingsite Displays Inc<br>1060 Silas Deane Highway<br>Wethersfield, CT 06109 | | | 8,280.00 |
| SEM RPM LLC<br>50 California Street<br>Ste 1500<br>San Francisco, CA 94111 | SEM RPM LLC<br>50 California Street<br>Ste 1500<br>San Francisco, CA 94111 | | | 7,500.00 |
| Multi Mode Logistics, LLC<br>P.O. Box 1024<br>East Windsor, CT 06088 | Multi Mode Logistics, LLC<br>P.O. Box 1024<br>East Windsor, CT 06088 | | | 4,500.00 |
| Pixami<br>7020 Koll Center Parkway<br>Suite 100<br>Pleasanton, CA 94566 | Pixami<br>7020 Koll Center Parkway<br>Suite 100<br>Pleasanton, CA 94566 | | | 3,875.00 |
| Werner & Company<br>241 Asylum Street<br>Hartford, CT 06103 | Werner & Company<br>241 Asylum Street<br>Hartford, CT 06103 | | | 3,859.07 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Kolo Retail, LLC** _____    Case No. _____

                  Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Mainfreight**<br>**1400 Glenn Curtiss St**<br>**Carson, CA 90746** | **Mainfreight**<br>**1400 Glenn Curtiss St**<br>**Carson, CA 90746** | | | **3,785.88** |
| **CyberChrome**<br>**19 Business Park Drive**<br>**Branford, CT 06405** | **CyberChrome**<br>**19 Business Park Drive**<br>**Branford, CT 06405** | | | **3,575.28** |
| **Kroll, McNamara, Evans &**<br>**Deleh**<br>**65 Memorial Road**<br>**Suite 300**<br>**West Hartford, CT 06107** | **Kroll, McNamara, Evans & Deleh**<br>**65 Memorial Road**<br>**Suite 300**<br>**West Hartford, CT 06107** | | | **3,180.00** |
| **CLICKIN MOMS**<br>**327 Franklin Street**<br>**Geneva, IL 60134** | **CLICKIN MOMS**<br>**327 Franklin Street**<br>**Geneva, IL 60134** | | | **2,400.00** |
| **Bee-Line Corp.**<br>**P.O. Box #6**<br>**Springfield, MA 01101** | **Bee-Line Corp.**<br>**P.O. Box #6**<br>**Springfield, MA 01101** | | | **2,298.00** |
| **Stewart Staffing Solutions,**<br>**LL**<br>**CL 400028**<br>**P.O. Box 5046**<br>**New Britain, CT 06050-5046** | **Stewart Staffing Solutions, LL**<br>**CL 400028**<br>**P.O. Box 5046**<br>**New Britain, CT 06050-5046** | | | **1,990.87** |
| **HAWKEYE PRESS**<br>**8 Day Street**<br>**Norwalk, CT 06854** | **HAWKEYE PRESS**<br>**8 Day Street**<br>**Norwalk, CT 06854** | | | **1,610.00** |
| **SHAWMUT**<br>**33 Cherry Hill Dr**<br>**Danvers, MA 01923** | **SHAWMUT**<br>**33 Cherry Hill Dr**<br>**Danvers, MA 01923** | | | **1,607.38** |
| **E B Distributors**<br>**P.O. BOX 1684**<br>**Hartford, CT 06144-1684** | **E B Distributors**<br>**P.O. BOX 1684**<br>**Hartford, CT 06144-1684** | | | **1,485.62** |
| **Verizon**<br>**P.O. Box 28007**<br>**Lehigh Valley, PA**<br>**18002-8007** | **Verizon**<br>**P.O. Box 28007**<br>**Lehigh Valley, PA 18002-8007** | | | **1,319.82** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Kolo Retail, LLC**                                              Case No. _____

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _____June 10, 2015_____          Signature _____

**Peter Dunn**
**President and CEO**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or bo
18 U.S.C. §§ 152 and 3571.

3L Corporation
Attn: Tom Vasko
685 Chaddick Drive
Wheeling, IL 60090-0247


A & A Surplus, Inc
160 Governor Street
East Hartford, CT 06108


ABB Business Finance
P. O. Box 4707
Carol Stream, IL 60197-4707


ABF Freight System, Inc.
7 Depot Hill Rd
Enfield, CT 06082-6031


Adobe Systems Incorporated
75 Remittance Drive
Suite 1025
Chicago, IL 60675-1025


Adobe Systems Incorporated
75 Remittance Drive
Suite 1025


ADT Security Services
111 Morse Street  or
P.O. Box 371967
Pittsburgh, PA 15250
Norwood, MA 02062


Advance Fixture Mart, Inc.
3900 Hawthorne Court
Waukegan, IL 60087


Advantage Human Resourcing
P. O. Box 18781
Newark, NJ 07191-8781


Airborne Express
P O Box 91001
Seattle, WA 98111

AKM Packaging
223 Clover Hill Drive
Feeding Hills, MA 01030


Allen Manufacturing Inc
41 Canal Street
Lewiston, ME 00424


Alliance Customs Clearance, In
880 Apollo Street
Suite 332
El Segundo, CA 90245


Alliance Customs Clearance, In
100 Oceangate Plaza - 200
Long Beach, CA 90802


Alliance International
2625 Butterfield Road
Suite317E
Oak Brook, IL 60523


AM Lithography Corporation
694 Center St.
Chicopee, MA 01013


American Express
P.O. Box 1270
Newark, NJ 07101-1270


Antipear Enterprises, Inc.
#103-3011 Underhill Avenue
Burnaby, BC V5A3C2
CAN


AT&T
P O Box 8110
Aurora, IL 60507-8110


AT&T
P O Box 105068
Atlanta, GA 30348-5068

Atlas Van Lines, Inc.
5578 Collections Center Drive
Chicago, IL 60693

Automatic Data Processing
100 Corporate Drive
Windsor, CT 06095

Barrington Printing
P. O. Box 237
286 Maple Avenue
Barrington, RI 02806

Bee-Line Corp.
P.O. Box #6
Springfield, MA 01101

Blum Shapiro Consulting LLC
29 South Main Street
P O Box 272000
West Hartford, CT 06127-2000

Brian Wittman
41 Stony Hill Road
Brookfield, CT 06804

Burlington Mall
Management Office
75 Middlesex Tpke
Burlington, MA 01803

Business Long Distance
2 Linden Street, Suite 304
Reading, MA 01867

C.N. Custom Cabinets
3665 Main Street
Townsend, MA 01474

California Western Freight, Inc
241 Frontage Road, Suite36
Burr Ridge, IL 60521-5809

Canon U.S.A., Inc.
National Account Division
One Canon Park
Melville, NY 11747


Carlo Geddo
104 Birdseye Road
Farmington, CT 06032


Cast Iron Associates, LLC
241 Asylum Street
Hartford, CT 06105


Charrette
Attention: Mark Levitan
P. O. Box 4010
31 Olympia Ave.
Woburn, MA 01801


Cintas
Cintas Document Management
PO BOX 633842
Cinncinnati, OH 06103-1515


City of Hartford
Tax Collector
550 MAIN ST
Hartford, CT 06103-2916


CLICKIN MOMS
327 Franklin Street
Geneva, IL 60134


Comcast
PO Box 1577
Newark, NJ 07101-1577


Commonwealth Packaging Corp.
Westover Indust  Air Park-West
1146 Sheridan Street
P.O. Box 329
Chicopee, MA 01021-0329


Computer Rescue Inc.
P.O.Box 602
Ellington, CT 06029

Connecticut Natural Gas Corp.
P. O. Box 2411
Hartford, CT 06146-2411


Consolidated Freightways
P O Box 641939
Pittsburgh, PA 15264-1939


Crystal Rock LLC
PO BOX 10028
WATERBURY, CT 06725-0028


CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349


Cyber Link Holdings Ltd
Room 1502, 15 /F, Sterling Ce
11 Cheung Yue Street
Cheung Sha Wan,
Kowloon


CyberChrome
19 Business Park Drive
Branford, CT 06405


CyberCoders, Inc
320 Goddard, Suite 100
Irvine, CA 92618


Dayton Freight Lines, Inc
P. O. Box 340
Vandalia, OH 45377


Deborah Feldman
1253 Ridgewood Road
Bryn Mawr, PA 19010


Delaware Secretary of State
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Department of Labor
3580 Main Street Rm 202
Hartford, CT 06120


Department of Revenue Services
25 Sigourney Street
Hartford, CT 06106


Design Crush LLC
2560 Kathy Court
Oklahoma City, OK 73120


DHL EXPRESS
P.O. Box 4723
Houston, TX 77210-4723


DHL Worldwide Express
P.O. Box 78016
Phoenix, AZ 85062-8016


Dunn Holdings LLC
P.O.Box 1955
Orleans, MA 02653


E B Distributors
P.O. BOX 1684
Hartford, CT 06144-1684


Earthlink Business
Account# 5059605
P.O. Box 88104
Chicago, IL 60680-1104


Enbee Plastics
P.O. BOX 19174
Newark, NJ 07195-0174


EverGreen Bag Company
81 Woodland Street
Manchester, CT 06042

EVERSOURCE
PO Box 650032
Dallas, TX 75265-0032


Extra Space Storage
15 Olympia Ave.
Woburn, MA 01801


FED -EX GROUND
PO BOX 360911
Pittsburgh, PA 15250-6911


Federal Express
P O Box 371461
Pittsburgh, PA 15250-7461


Federal Express (W & Co)
P O Box 1140
Memphis, TN 38101-1140


FEDEX
P.O BOX 371461
PITTSBURGH, PA 15250-7461


FedEx Trade Networks
Transport & Brokerage
15704 Collections Center Dr
Chicago, IL 60693


Friedman, Kannenberg & Co
91 South Main Street
W Hartford, CT 06107


GE Capital
P.O. Box 642111
Pittsburgh, PA 15264-2111


GearyLSF Group
720 Market Street
Suite 600
San Francisco, CA 94102

Getty Images
605 5th Avenue S
Suite 400
Seattle, WA 98104


GPA
BOX 88872
Milwaukee, WI 53288-0872


GPA Specialty Substrate Soluti
8740 West 50th Street
La Grange, IL 60525


Granite Communications, Inc.
222 Elm Street, Suite 14
North Haven, CT 06473


Graphics Service Bureau, Inc.
370 Park Avenue South
New York, NY 10010


Hartford Fire Insurance Co.
P O Box 2907
Hartford, CT 06104-2907


HAWKEYE PRESS
8 Day Street
Norwalk, CT 06854


Hivelocity Ventures Corp.
475 Central Avenue, Ste B100
Saint Petersburg, FL 33701


ICM Fabrication
1107 rue Levis
Terrebonne, QC j6w6e5
CAN


IKON Office Solutions
Northeast District-HAR
P.O. Box 827164
Philadelphia, PA 19182-7164

```
Impact Images
4949 Windplay Drive
Suite 100
El Dorado Hills, CA 95762


Impression Point, Inc.
500 West Avenue
Stamford, CT 06902


Inc.
P O Box 54100
Boulder, CO 80322-4100


Internal Revenue Services
14 Cottage Place
Waterbury, CT 06702


Jacob K Javits Center
Exhibitor Svcs c/o JKJCC
655 West 34th Street
New York, NY 10001-1188


Jaeil General Co, Ltd.
3Na-407 Shiwha Industrial Comp
#1290-6 Jungwang-Dong
Shiheung-City
Kyunggi-Do 00042-9850


Jobpro Temporary Services
P.O. BOX 1397
Glastonbury, CT 06033-6397


Kelly Services, Inc.
PO Box 820405
Philadelphia, PA 19182-0405


Kforce Inc.
P.O. Box 277997
Atlanta, GA 30384-7997


Kolo International, Ltd.
1224 Mill Street, Bldg. B
East Berlin, CT 06023
```

Kroll, McNamara, Evans & Deleh
65 Memorial Road
Suite 300
West Hartford, CT 06107


Landry Communications LLC
73 Old Country Road
Unit 4A
Windsor Locks, CT 06096


LAZ Parking Mgmt. Ltd.
15 Lewis Street
Hartford, CT 06103-2502


Lift Truck Parts & Service, In
20 Parkside Drive
West Springfield, MA 01089


Lindenmeyr Munroe
14 Research Parkway
Wallingford, CT 06492


Mahoney Sabol & Company LLP
95 Glastonbury Boulevard
Suite 201
Glastonbury, CT 06033-4453


Mainfreight
1400 Glenn Curtiss St
Carson, CA 90746


Manpower
P.O. Box 4714
Los Angeles, CA 90096-4714


Mass Department of Revenue
Commonwealth of Mass
PO Box 7039
Boston, MA 02204-7039


Mid-State Teledata
10 Gramar Avenue
Prospect, CT 06712

Minuteman Press
242 Trumbull Street
Hartford, CT 06103


Mitsubishi Imaging (MPM) Inc
555 Theodore Fremd Ave
Rye, NY 10580


Mohawk Fine Papers Inc.
465 Saratoga Street
Cohoes, NY 12047


Multi Mode Logistics, LLC
P.O. Box 1024
East Windsor, CT 06088


NCS IP Solutions
P.O. Box 50276
Sarasota, FL 34232


Network Installation Services,
29 North Plains Highway, #9
Wallingford, CT 06492


Network Plus, Inc.
P.O. BOX 970035
Boston, MA 02297-0035


Network Solutions, Inc
P O Box 17305
Baltimore, MD 21297-0525


New Digital
375 Morgan Lane
Suite 203
West Haven, CT 06516


New England Motor Freight, Inc
1-71 North Avenue, East
P. O. Box 6031
Elizabeth, NJ 07207

New Horizons
Computer Learning Centers
839 Marshall Phelps Road
Windsor, CT 06095


NEWPENN  MOTOR EXPRESS, INC.
625 S, Fifth Ave
P.O. Box 630
Lebanon, PA 17042


Noritsu America Corporation
6900 Noritsu Avenue
Buena Park, CA 90620


Northeast Utilities
P. O. Box 2960
Hartford, CT 06104


Northwestern Mut Life Ins Co
2 Northwestern Drive
Bloomfield, CT 06002


O' Connell, Flaherty & Attmore
280 Trumbell Street
Hartford, CT 06103


Office Max
600 Hartford Road
New Britain, CT 06050


Office Max Credit Plan
Dept 58 - 3601476558
P O Box 30292
Salt Lake City, UT 84130-0292


Overnite Transportation Co.
P. O. Box 79755
Baltimore, MD 21279-0755


PERMASTEELISA NORTH AMERICA CO
123 Day Hill Road
Windsor, CT 06095

Pexagon Technology, Inc.
14 Business Park Drive
Branford, CT 06405


Photo Finishers Supplies, Inc
36-40 31st Street
Long Island City, NY 11106


Pilot Freight Services
25-27 Kripes Road
East Granby, CT 06026


Pitney Bowes Inc.
P.O. Box 856390
Louisville, KY 40285-6390


Pitney Bowes Postal Privilege
P.O. Box 856042
Louisville, KY 40285-6042


Pixami
7020 Koll Center Parkway
Suite 100
Pleasanton, CA 94566


Prestige Group of Connecticut
241 Asylum Street
6th Floor
Hartford, CT 06103


PRO TRANSPORTATION, INC.
25 Mill Street
Suite 3
Springfield, MA 01108


ProPark
One Union Place
Hartford, CT 06103


Quill Corporation
P. O. Box 94081
Palatine, IL 60094-4081

Recognition Systems
30 Harbor Park Dr
Port Washington, NY 11050


Roadway Express, Inc.
P.O. Box 13573
Newark, NJ 07188-0573


Rose Displays, Ltd
P. O.414224
Boston, MA 02241-4224


SEM RPM LLC
50 California Street
Ste 1500
San Francisco, CA 94111


SHAWMUT
33 Cherry Hill Dr
Danvers, MA 01923


SHIPPING EXPRESS INC.
144-35  157th Street
Jamaica, NY 11434


Shoshannah Wineburg
196 Pleasant St., Suite 201
Northampton, MA 01060


SNET Conference Calling
P.O. Box 8536
New Haven, CT 06531-0536


SNET Wireless Service
P O Box 9823
New Haven, CT 06536-0823


Stewart Staffing Solutions, LL
CL 400028
P.O. Box 5046
New Britain, CT 06050-5046

STOLL, MISKIN, HOFFMAN & BADIE
350 Fifth Avenue
New York, NY 10118


Sweeney Transportation
2073 Westover Road
Chicopee, MA 01020


Swing Label, LLC
410 Great Road # B9
Littleton, MA 01460


Swirling Silks, Inc.
P.O. Box 156
4121 Skippack Pike
Skippack, PA 19474-0156


taopix


Target Airfreight
460 Hayden Station Rd
Suite B
Windsor, CT 06095


Target Temps
P.O. Box 8000, Dept. 834
Buffalo, NY 14267


The Agentry Staffing Services
PO Box 548
Windsor Locks, CT 06096-0548


The Framatic Company
The Framatic Company
1921 Blake Avenue
Los Angeles, CA 90039


The Mall at Chestnut Hill
Management Office
199 Boylston Street
Chestnut Hill, MA 02467

The Office Works, Inc
45 Corporate Avenue
Plainville, CT 06062


Town of Windsor-Property Tax
Town Hall
275 Broad Street
Windsor, CT 06095


Uline
PO Box 88741
Chicago, IL 60680-1741


Unishippers
P.O. Box 5102
Westport, CT 06881


United HealthCare
P O Box 41738
Philadelphia, PA 19101-1738


United Parcel Service - 8Y13A3
PO Box 894820
Los Angeles, CA 90189-4820


United Parcel Service-9X80X8
P O Box 4980
Hagerstown, MD 21747-4980


United Parcel Service-9X81X2
P O Box 7247-0244
Philadelphia, PA 19170-0001


UNITED PARCEL SERVICE-A6643A
P.O. Box 7247-0244
Philadelphia, PA 19170-0001


United States Trustee
One Century Tower
265 Church St # 1103
New Haven, CT 06510

Updike, Kelly & Spellacy, P.C.
100 Pearl Street
PO Box 231277
Hartford, CT 06123


UPS Custom Brokerage
P O Box 34486
Louisville, KY 40232


UPS Logistics Group Asia Pte
6023-27W, 6/F
ATL Logistics Centre B, Berth3
Kwai Chung Container Terminal
N. T.


UPS Supply Chain Solutions, IN
Attn: Customs Brokerage Servic
P.O. Box 34486
Louisville, KY 40232


UPS V39Y10
PO Box 650580
Dallas, TX 75265-0580


USA Hauling & Recycling
P. O. Box 808
East Windsor, CT 06088


Verizon
P.O. Box 28007
Lehigh Valley, PA 18002-8007


W. B. Mason
P. O. Box 111
59 Centre St.
Brockton, MA 02303


Werner & Company
241 Asylum Street
Hartford, CT 06103


Werner Development Corp
241 Asylum Street
Hartford, CT 06103

Werner Enterprises, Inc.
P.O. Box 3116
Omaha, NE 68103

Western Textile & MFG
1750 Bridgeway, Suite B207
Sausalito, CA 94965

Wingsite Displays Inc
1060 Silas Deane Highway
Wethersfield, CT 06109

WM. Julian
Leather Product Design
20 Lakeside Drive
Granby, CT 06035

Yellow Freight Systems, Inc.
P O Box 13850
Newark, NJ 07188-0850

YHB Pension Services/PASI, LLC
231 Farmington Avenue
Farmington, CT 06032